# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

WORLDNET COMPANIES, INC.,
a Florida Corporation,

v.

KLELine, a Limited Company,
a corporation incorporated under the laws of
France; ABDALLAH HITTI, indiidually;
AYHUB HITTI, individually;
BANQUE PARIBAS S.A., a banking corporation
incorporated under the laws of France;
OCRAM EST., A Liechtenstein corporation; AND
MICHAEL BENDE, individually

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **CIV-FERGUSON**

**00-6026**

MAGISTRATE JUDGE
SNOW

TO: (Name and address of defendant)

BANQUE PARIBAS, SA a/k/a PARIBAS
787 7th Ave.
New York, NY 10019-6083

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John C. Rayson, Esq.,
Law Offices of John C. Rayson
Second Floor
2400 E. Oakland Park Blvd.
Fort Lauderdale, FL 33306
USA

an answer to the complaint which is herewith served upon you, within _____ twenty _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
CLERK

(BY) DEPUTY CLERK

DATE  Jan 7, 2000