# United States District Court

SOUTHERN DISTRICT OF FLORIDA

WORLDNET COMPANIES, INC.,
a Florida Corporation,

v.

KLELine, a Limited Company,
a corporation incorporated under the laws of
France; ABDALLAH HITTI, indiidually;
AYHUB HITTI, individually;
BANQUE PARIBAS S.A., a banking corporation
incorporated under the laws of France;
OCRAM EST., A Liechtenstein corporation; AND
MICHAEL BENDE, individually

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **CIV-FERGUSON**

**00-6026**

MAGISTRATE JUDGE
SNOW

TO: (Name and address of defendant)

KLELine
The Equitable Tower
787 7th Ave.
32nd Floor
New York, NY 10019

or

KLELine
5 avenue Kleber
75116
Paris, France

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John C. Rayson, Esq.,
Law Offices of John C. Rayson
Second Floor
2400 E. Oakland Park Blvd.
Fort Lauderdale, FL 33306

an answer to the complaint which is herewith served upon you, within ____twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE  Jan 7, 2000