UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
FILED

FEB 7 2000

CARLOS JUENKE
CLERK, USDC / SDFL / FTL

WORLDNET COMPANIES, INC.,
A Florida Corporation,

        Plaintiff,

v.

CASE NO.: 00-6026 CIV-FERGUSON

KLELine, a Limited Company, a corporation
incorporated under the laws of
France; ABDALLAH HITTI, individually;
AYHUB HITTI, individually;
BANQUE PARIBAS S.A., a banking corporation
incorporated under the laws of France;
OCRAM EST., a Liechtenstein corporation; and
MICHAEL BENDE, individually,

        Defendants.
_____/

### DEFENDANT PARIBAS' AGREED MOTION
### TO EXTEND TIME TO SERVE RESPONSE

      Defendant PARIBAS (formerly know as BANQUE PARIBAS S.A.), through undersigned counsel, respectfully moves this Court for the entry of an order extending the time to serve its response to the summons and complaint through and including February 28, 2000. In support of the foregoing, defendant states:

      1.    Upon information and belief, a copy of the Complaint was left at defendant Paribas' offices in New York on or about January 18, 2000.

      2.    Plaintiff has agreed that defendant Paribas' response (whether it be a motion, answer or otherwise) in this action shall be due on or before February 28, 2000.

      3.    As stated *supra*, and as Plaintiff has agreed, this motion and entry of order pursuant hereto does not constitute a consent to personal jurisdiction, and shall not act as a



MI1:\84466\01\1T6@01!.DOC\99980.0825

waiver of or affect in any way Defendant Paribas' right to object to service of process or personal jurisdiction, or to assert or move with respect to any other procedural or substantive matter or defense.

4.  This motion is made in good faith and not for purposes of delay, the request for an extension of time will not prejudice any party.

WHEREFORE, defendant PARIBAS hereby respectfully requests that its motion be granted and that the Court enter an order in the form submitted herewith.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a copy of the foregoing was sent by facsimile and mail on this 7th day of February, 2000 to John C. Rayson, Esq., LAW OFFICES OF JOHN C. RAYSON, Second Floor, 2400 E. Oakland Park Blvd., Fort Lauderdale, Florida 33306.

By: _____
Edward Soto
Florida Bar. No. 265144
Valerie Itkoff
Florida Bar No. 26514
**WEIL, GOTSHAL & MANGES LLP**
Attorneys for Defendant Paribas
701 Brickell Avenue, Suite 2100
Miami, Florida 33131
(305) 577-3155

-and-

Irwin H. Warren
**WEIL, GOTSHAL & MANGES LLP**
Attorneys for Defendant Paribas
767 5th Avenue
New York, New York 10153