UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

CASE NO.: 00-6026-CIV-FERGUSON/SNOWN

WORLDNET COMPANIES, INC.,
a Florida Corporation,
    Plaintiff,
vs.

KLELine, a Limited Company,
a corporation incorporated under the laws of
France; ABDALLAH HITTI, individually;
AYHUB HITTI, individually;
BANQUE PARIBAS S.A., a banking corporation
incorporated under the laws of France;
OCRAM EST., a Liechtenstein corporation; and
MICHAEL BENDE, individually,
    Defendants.
_____/



## NOTICE OF FILING

    COMES NOW, Plaintiff WORLDNET COMPANIES, INC., and files notice of returns of service of complaint on the following Defendants in the cause:

    KLELine, BANQUE PARIBAS, MICHAEL BENDE, OCRAM EST.

The original returns of service are attached.

Dated this _____ day of February, 2000.

                                LAW OFFICES OF JOHN C. RAYSON
                                Attorney for Plaintiff
                                Second Floor
                                2400 E. Oakland Park Blvd.
                                Fort Lauderdale, FL 33306
                                954-566-8855
                                954-566-8902(fax)

                By: _____
                                JOHN C. RAYSON
                                Florida Bar No.: 204153