# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

WORLDNET COMPANIES, INC.,
a Florida Corporation,

v.

KLELine, a Limited Company,
a corporation incorporated under the laws of
France; ABDALLAH HITTI, individually;
AYHUB HITTI, individually;
BANQUE PARIBAS S.A., a banking corporation
incorporated under the laws of France;
OCRAM EST., A Liechtenstein corporation; AND
MICHAEL BENDE, individually

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CIV-FERG...

## 00-6026

**MAGISTRATE JUDGE SNOW**

TO: (Name and address of defendant)

KLELine
The Equitable Tower
787 7th Ave.
32nd Floor
New York, NY 10019

or

KLELine
5 avenue Kleber
75116
Paris, France

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John C. Rayson, Esq.,
Law Offices of John C. Rayson
Second Floor
2400 E. Oakland Park Blvd.
Fort Lauderdale, FL 33306

an answer to the complaint which is herewith served upon you, within ____twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

022115

**Clarence Maddox**
CLERK

_____
(BY) DEPUTY CLERK

_____
DATE

JAN 11 2000

Index No. 00-6026

---

WORLDNET COMPANIES, INC., A FLORIDA CORPORATION

,Plaintiff(s)

- against -

KLELINE, A LIMITED COMPANY, ET AL

,Defendant(s)

---

STATE OF NEW YORK     )
                      ) SS.:
COUNTY OF NEW YORK    )

AFFIDAVIT OF SERVICE

PATRICK FITZGERALD     being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within The State of New York. That on 01/18/00 at 3:21 PM  at:

   787 7TH AVENUE
   32ND FLOOR
   NEW ORK NY 10019

Deponent served the annexed:
SUMMONS IN A CIVIL ACTION
COMPLAINT
on KLELINE
   THE EQUITABLE TOWER

a {domestic &/or foreign} {professional} {municipal} {banking} corporation, by delivering thereat a true copy to:
KARINA BENYAHIA
personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the
SECRETARY                                    and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:

AGE: 40 HEIGHT: 5'9"  WEIGHT: 160 HAIR: BLACK      RACE: W    SEX: F

{ } $         the authorized travelling expenses and one days witness fee was tendered to the recipient.


PATRICK FITZGERALD                          License #1008531

SWORN TO BEFORE ME 01/18/00                 OUR DOC# 022807
                                            COMPASS INVESTIGATIONS

ARLENE FRAZIER
Notary Public, State of New York
No. 6033366
Qualified in Bronx County
Commission Expires November 16, 20__