# United States District Court

SOUTHERN DISTRICT OF FLORIDA

WORLDNET COMPANIES, INC.,
a Florida Corporation,

V.

KLELine, a Limited Company,
a corporation incorporated under the laws of
France; ABDALLAH HITTI, indiidually;
AYHUB HITTI, individually;
BANQUE PARIBAS S.A., a banking corporation
incorporated under the laws of France;
OCRAM EST., A Liechtenstein corporation; AND
MICHAEL BENDE, individually,

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CIV-FERGUSON

00-6026

MAGISTRATE JUDGE
SNOW

TO: (Name and address of defendant)

OCRAM EST.
Zollstrasse 87
9444 Schaan, FL (Liechtenstein)

or by serving its Chief Executive Officer,:
Michael Bende,6746B, Monttego Bay Blvd., Boca Raton, FL 33433

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John C. Rayson, Esq.
Law Offices of John C. Rayson
Second Floor
2400 E. Oakland Park Blvd.
Fort Lauderdale, FL 33306



FILED D.C.
FEB 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D. OF FLA. FT. LAUD.

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
CLERK

(BY) DEPUTY CLERK

DATE

JAN 1 8 2000

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 1-28-00  8:45 AM |
| NAME OF SERVER (PRINT) Angel L Berrios | TITLE Process Server |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: 200 W Atlantic Ave Delray

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-28-00
Date

Signature of Server: Angel L Berrios

Address of Server: 408 S Andrews Ave Suite 105
FT Lauderdale, FL 33301

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure