# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

WORLDNET COMPANIES, INC.,
a Florida Corporation,

V.

KLELine, a Limited Company,
a corporation incorporated under the laws of
France; ABDALLAH HITTI, indiidually;
AYHUB HITTI, individually;
BANQUE PARIBAS S.A., a banking corporation
incorporated under the laws of France;
OCRAM EST., A Liechtenstein corporation; AND
MICHAEL BENDE, individually

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**00-6026**

**MAGISTRATE JUDGE SNOW**

TO: (Name and address of defendant)

BANQUE PARIBAS, SA a/k/a PARIBAS
787 7th Ave.
New York, NY 10019-6083

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John C. Rayson, Esq.,
Law Offices of John C. Rayson
Second Floor
2400 E. Oakland Park Blvd.
Fort Lauderdale, FL 33306
USA

an answer to the complaint which is herewith served upon you, within _____ twenty _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

022116

Clarence Maddox
_____
CLERK

_____
(BY) DEPUTY CLERK

DATE Jan 7, 2000

JAN 7 2000

Index No. 00-6026

WORLDNET COMPANIES, INC., A FLORIDA CORPORATION

,Plaintiff(s)

- against -

KLELINE, A LIMITED COMPANY, ET AL

,Defendant(s)

STATE OF NEW YORK      )
                       ) SS.:
COUNTY OF NEW YORK     )

AFFIDAVIT OF SERVICE

PATRICK FITZGERALD       being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within The State of New York. That on 01/18/00 at 3:21 PM at:

    787 7TH AVENUE
    32ND FLOOR
    NEW ORK NY 10019

Deponent served the annexed:
SUMMONS IN A CIVIL ACTION
COMPLAINT
on BANQUE PARIBAS, SA A/K/A
    PARIBAS

a {domestic &/or foreign} {professional} {municipal} {banking} corporation, by delivering thereat a true copy to:
KARINA BENYAHIA
personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the SECRETARY                                   and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:

AGE: 40  HEIGHT: 5'9"  WEIGHT: 160  HAIR: BLACK     RACE: W    SEX: F

{ } $        the authorized travelling expenses and one days witness fee was tendered to the recipient.

PATRICK FITZGERALD     License #1008531

SWORN TO BEFORE ME 01/18/00

ARLENE FRAZIER
Notary Public, State of New York
No. 6033366
Qualified in Bronx County
Commission Expires November 15, 20 01

OUR DOC# 022808
COMPASS INVESTIGATIONS