**COMPASS INVESTIGATIONS**

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

WORLDNET COMPANIES, INC.,
a Florida Corporation,

**SUMMONS IN A CIVIL CASE**

V.

REELine, a Limited Company,
a corporation incorporated under the laws of
France; ABDALLAH HITTI, indiidually;
AYHUB HITTI, individually;
BANQUE PARIBAS S.A., a banking corporation
incorporated under the laws of France;
OCRAM EST., A Liechtenstein corporation; AND
MICHAEL BENDE, individually

CASE NUMBER:

## 00-6026 CIV-FERGUSON

## MAGISTRATE JUDGE SNOW

TO: (Name and address of defendant)

MICHAEL BENDE, individually
6746B Montego Bay Blvd.
Boca Raton, FL 33433

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John C. Rayson, Esq.
Law Offices of John C. Rayson
Second Floor
2400 E. Oakland Park Blvd.
Fort Lauderdale, FL 33306

022114

an answer to the complaint which is herewith served upon you, within _____ twenty _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Clarence Maddox**

_____
CLERK

_____
(BY) DEPUTY CLERK

_____
DATE

JAN   2000

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE  *1-25-00    3:45 Am* |
|---|---|

| NAME OF SERVER *(PRINT)* *Paul L. Berrios*  78<1 | TITLE  *Process Server* |
|---|---|

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: *2... - Atlantic Ave Delray*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify)*: _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *1-25-00*
　　　　　　　　　　Date

*Signature of Server*

*100 S. Andrews Ave Suite 205*
Address of Server
*Ft Lauderdale FL 33301*

*1-11-00 - 6:30pm*
*1-12-00  7:40pm*