UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

------------------------------------------------------------x
WORLDNET COMPANIES, INC.,
A Florida Corporation,

        Plaintiff,

v.                                                                                  CASE NO.: 00-6026 CIV-FERGUSON

KLELine, a Limited Company, a corporation
incorporated under the laws of
France; ABDALLAH HITTI, individually;
AYHUB HITTI, individually;
BANQUE PARIBAS S.A., a banking corporation
incorporated under the laws of France;
OCRAM EST., a Liechtenstein corporation; and
MICHAEL BENDE, individually,

        Defendants.
------------------------------------------------------------x

NOTICE OF FILING
CORRECTED PROPOSED ORDER

      Defendant KLELine, through its undersigned counsel, Winthrop, Stimson, Putnam & Roberts, hereby files its corrected proposed order as follows:

      1. On February 11, 2000, KLELine filed its agreed motion for extension of time in which to respond (D.E. __). As per local Rule, KLELine filed with its motion a proposed order.

      2. In that Order, KLELine inadvertently misnamed itself in the title.

      3. Therefore, KLELine files this corrected proposed order with corrected names throughout. No other change has been made to the proposed order.



10514068.01

WHEREFORE, defendant KLELine hereby respectfully requests that its corrected proposed order be substituted for the proposed order filed with its agreed motion for extension of time.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was sent by facsimile and mail on this 11th day of February, 2000 to John Rayson, Esq., LAW OFFICES OF JOHN C. RAYSON, Second Floor, 2400 E. Oakland Park Blvd., Fort Lauderdale, Florida 33306.

By /s/ William J. M. Eachen
WINTHROP STIMSON PUTNAM &
ROBERTS
Attorneys for Defendant Paribas
125 Worth Avenue
Palm Beach, Florida 33480
(561) 655-7297

Counsel
J. Portis Hicks
WINTHROP, STIMSON, PUTNAM &
ROBERTS
Attorneys for Defendant Paribas
One Battery Park Plaza
New York, New York 10004
(212) 858-1754

2

10514068.01

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

----------------------------------------------------------------x
WORLDNET COMPANIES, INC.,
A Florida Corporation,

        Plaintiff,

v.                                                                                              CASE NO.: 00-6206 CIV-FERGUSON

KLELine, a Limited Company, a corporation
incorporated under the laws of
France; ABDALLAH HITTI, individually;
AYHUB HITTI, individually;
BANQUE PARIBAS S.A., a banking corporation
incorporated under the laws of France;
OCRAM EST., a Liechtenstein corporation; and
MICHAEL BENDE, individually,

        Defendants.
----------------------------------------------------------------x

## ORDER GRANTING DEFENDANT KLELINE'S
## AGREED MOTION TO EXTEND TIME TO SERVE RESPONSE

THIS CAUSE having come before the Court upon Defendant KLELine's Agreed Motion to Extend Time to Serve Response, and the Court having reviewed the motion, being advised that Plaintiff agrees to the relief sought therein and the entry of this order, and being otherwise duly advised, it is hereupon

ORDERED, as follows:

1. Defendant KLELine's Agreed Motion to Extend Time to Serve Response is GRANTED.

2. Defendant KLELine's response shall be due on or before March 1, 2000.

3. Neither Defendant KLELine's motion nor this order shall constitute a consent to personal jurisdiction, or act as a waiver of or in any way affect KLELine's right to object to service of process or personal jurisdiction, or to assert or move with respect to any other procedural or substantive matter or defense.

DONE AND ORDERED in Chambers in Ft. Lauderdale, Broward County, Florida, on February ___, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies to:

John C. Rayson, Esq., Attorney for Plaintiff
J. Portis Hicks, Esq., Attorney for Defendant Paribas