UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WORLDNET COMPANIES, INC.,
A Florida Corporation,

        Plaintiff,

v.

CASE NO.: 00-6026 CIV-FERGUSON

KLELine, a Limited Company, a corporation
incorporated under the laws of
France; ABDALLAH HITTI, individually;
AYHUB HITTI, individually;
BANQUE PARIBAS S.A., a banking corporation
incorporated under the laws of France;
OCRAM EST., a Liechtenstein corporation; and
MICHAEL BENDE, individually,

        Defendants.
_____/

## DEFENDANT PARIBAS' AGREED MOTION TO EXTEND TIME TO SERVE RESPONSE

    Defendant Paribas (formerly known as BANQUE PARIBAS S.A.), through undersigned counsel, respectfully moves this Court for the entry of an order extending the time to serve its response to the Summons and Complaint through and including March 24, 2000. In support of the foregoing, defendant Paribas states:

    1.    Upon information and belief, a copy of the Complaint was left at defendant Paribas' offices in New York on or about January 18, 2000.

    2.    Plaintiff previously agreed to extend the time for Paribas to respond to the Complaint to and including February 28, 2000.

    3.    Plaintiff now agrees to extend the time for Paribas to respond to the Complaint (by motion, answer or otherwise) to and including March 24, 2000, so as to permit

CASE NO.: 00-6026 CIV-FERGUSON

Paribas (and other parties) adequate time to pursue further and address the issues of fact and law raised in this action and if Paribas so determines, to fully brief such issues.

4. Therefore, Paribas respectfully requests an extension of time through and including March 24, 2000 to file its response to the Complaint.

5. As Plaintiff has agreed, this motion and entry of order pursuant hereto does not constitute a consent to personal jurisdiction, and shall not act as a waiver of or affect in any way defendant Paribas' right to object to service of process or personal jurisdiction, or to assert or move with respect to any other procedural or substantive matter or defense.

6. This motion is made in good faith and not for purposes of delay; the request for an extension of time will not prejudice any party.

WHEREFORE, defendant Paribas hereby respectfully requests that its motion be granted and that the Court enter an order in the form submitted herewith.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a copy of the foregoing was sent by facsimile and mail on this 28th day of February, 2000 to John C. Rayson, Esq., LAW OFFICES OF JOHN C. RAYSON, Second Floor, 2400 E. Oakland Park Blvd., Fort Lauderdale, Florida 33306.

By: /s/ Edward Soto
Edward Soto
edward.soto@weil.com
Florida Bar. No. 265144
Gina A. Dombosch
gina.dombosch@weil.com
Florida Bar No. 0087343
**WEIL, GOTSHAL & MANGES LLP**
Attorneys for Defendant Paribas
701 Brickell Avenue, Suite 2100
Miami, Florida 33131
(305) 577-3155

CASE NO.: 00-6026 CIV-FERGUSON

-and-

Irwin H. Warren
irwin.warren@weil.com
**WEIL, GOTSHAL & MANGES LLP**
Attorneys for Defendant Paribas
767 5th Avenue
New York, New York 10153