UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WORLDNET COMPANIES, INC.,
A Florida Corporation,

        Plaintiff,

-against-

KLELine, a Limited Company, a
corporation incorporated under the laws of
France; ABDALLAH HITTI, individually;
AYHUB HITTI, individually; BANQUE
PARIBAS S.A., a banking corporation
incorporated under the laws of France;
OCRAM EST., a Liechtenstein
corporation; and MICHAEL BENDE,
individually,

        Defendants.

CASE NO.: 00-6026 CIV-FERGUSON



## DEFENDANT KLELINE'S AGREED MOTION
## TO EXTEND TIME TO SERVE RESPONSE

    Defendant KLELine, through its undersigned counsel, Winthrop, Stimson, Putnam & Roberts, respectfully moves this Court for the entry of an order extending the time to serve its response to the Summons and Complaint through and including March 24, 2000. In support of the foregoing, defendant KLELine states:

    1.    KLELine is a French corporation with no offices here in the United States. Upon information and belief, service was purportedly made by leaving a copy of the Complaint at defendant Paribas' offices in New York on or about January 18, 2000.

    2.    Plaintiff previously agreed to extend the time for KLELine to respond to the Complaint to and including February 28, 2000.

63216055.01



3. Plaintiff now agrees to extend the time for KLELine to respond to the Complaint (by motion, answer or otherwise) to and including March 24, 2000, so as to permit KLELine (and other parties) adequate time to pursue further and address the issues of fact and law raised in this action, and, if KLELine so determines, to fully brief such issues.

4. Therefore, KLELine respectfully requests an extension of time through and including March 24, 2000 to file its response to the Complaint.

5. As Plaintiff has agreed, this motion and entry of order pursuant hereto does not constitute a consent to personal jurisdiction, and shall not act as a waiver of or affect in any way defendant KLELine's right to object to service of process or personal jurisdiction, or to assert or move with respect to any other procedural or substantive matter or defense.

6. This motion is made in good faith and not for purposes of delay; the request for an extension of time will not prejudice any party.

WHEREFORE, defendant KLELine hereby respectfully requests that its motion be granted and that the Court enter an order in the form submitted herewith.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a copy of the foregoing was sent by facsimile and mail on this 29th day of February, 2000 to John C. Rayson, Esq., LAW OFFICES OF JOHN C. RAYSON, Second Floor, 2400 E. Oakland Park Blvd., Fort Lauderdale, Florida 33306.

63216055.01

By: /s/ William D. McEachern
William McEachern
Florida Bar No. 0327107

WINTHROP, STIMSON, PUTNAM & ROBERTS
Attorneys for Defendant KLELine
125 Worth Avenue Suite 310
Palm Beach, Florida 33480
(561) 655-7297

Of Counsel:

Mark R. Hellerer
J. Portis Hicks
WINTHROP, STIMSON, PUTNAM &
   ROBERTS
Attorneys for Defendant KLELine
One Battery Park Plaza
New York, New York 10004-1490
(212) 858-1754

63216055.01