UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6026-CIV-FERGUSON/SNOW

WORLDNET COMPANIES, INC.,
a Florida corporation,
      Plaintiff,

vs.

KLELINE, a Limited Company,
a corporation incorporated under the laws
of France, ABDALLAH HITTI, individually,
AYHUB HITTI, individually,
BANQUE PARIBAS S.A., a banking
corporation incorporated under the laws of France,
OCRAM EST., a Liechtenstein corporation, and
MICHAEL BENDE, individually,
      Defendants.
_____/

## MOTION FOR DEFAULT

COMES NOW the Plaintiff, WORLDNET COMPANIES, INC., by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 55(a), and moves for entry of a default by the Clerk of the Court against Defendant OCRAM EST. for failing to plead or otherwise appear or defend after being duly served with a summons and copy of the complaint on January 28, 2000.

LAW OFFICES OF JOHN C. RAYSON
2400 East Oakland Park Blvd.
Fort Lauderdale, FL 33306
(954) 566-8855

By: _____ for
JOHN C. RAYSON, ESQ.
Florida Bar No. 204153

1