UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### CLERK'S DEFAULT

WORLDNET COMPANIES, INC.,           CASE NO. 00-6026-CV-WDF

    Plaintiff(s),

v.

**OCRAM EST,**

,

    Defendant(s).
_____/

```
FILED by _____ D.C.
Mar 31, 2000
CLARENCE MADDOX
CLERK
U.S. DIST. CT.
S.D. OF FLA.
```

It appearing that the defendant(s) herein, **OCRAM EST,**, is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) OCRAM EST,, as of course, on this date March 31, 2000.

**CLARENCE MADDOX**
CLERK OF COURT

By: _____
    Deputy Clerk

