UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WORLDNET COMPANIES, INC.,
A Florida Corporation,

        Plaintiff,

v.

                        CASE NO.: 00-6026 CIV-FERGUSON

KLELine, a Limited Company, a corporation
incorporated under the laws of
France; ABDALLAH HITTI, individually;
AYHUB HITTI, individually;
BANQUE PARIBAS S.A., a banking corporation
incorporated under the laws of France;
OCRAM EST., a Liechtenstein corporation; and
MICHAEL BENDE, individually,

**NIGHT BOX FILED**

APR 5 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

        Defendants.
_____/

## **DEFENDANT PARIBAS' MOTION TO CONTINUE STATUS CONFERENCE**

Defendant Paribas (formerly known as Banque Paribas S.A.), through its undersigned counsel, respectfully moves this Court for the entry of an order continuing the status conference presently scheduled for April 17, 2000 at 3:45 p.m. In support of the foregoing, Paribas states:

        1.     On February 22, 2000, this Court entered a Notice of Status Conference pursuant to Local Rule 16.1(B)(7).

        2.     Lead counsel for Paribas, Irwin H. Warren, has a previously scheduled oral argument at 1:00 p.m. on April 17, 2000, in a case entitled <u>Glassman, et al.</u> v. <u>Arthur Andersen & Co., et al.</u>, Case No. 97 Civ. 6128 (JES), in the United States District Court for the Southern District of New York. Counsel for Paribas therefore is unavailable to attend the scheduled status conference before this Court.



3.     Paribas has consulted with all other defense counsel who have appeared in this action regarding their availability on subsequent motion days, and Paribas respectfully requests a continuance of the status conference until June 26, 2000 at 3:45 p.m., or at some other time that afternoon. All other defense counsel who have appeared in this action have represented that they are available at that time.

4.     Paribas has contacted counsel for plaintiff who has indicated that although he will not join in this motion, he will not oppose it.

5.     This motion is made in good faith and not for purposes of delay, and the requested extension of time will not prejudice any party.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a copy of the foregoing was sent by mail on this __ day of April, 2000 to:

John C. Rayson, Esq.
LAW OFFICES OF JOHN C. RAYSON
2400 E. Oakland Park Blvd.
Fort Lauderdale, Florida 33306

J. Portis Hicks, Esq.
Winthrop, Stimson, Putnam & Roberts
One Battery Park Plaza
New York, New York 10004-1490

Charles I. Cohen, Esq.
Furr and Cohen, P.A.
1499 W. Palmetto Park Road, Suite 412
Boca Raton, Florida 33486

By: _____
Edward Soto
Florida Bar. No. 265144
Gina A. Dombosch
Florida Bar No. 0087343
**WEIL, GOTSHAL & MANGES LLP**
701 Brickell Avenue, Suite 2100
Miami, Florida 33131
(305) 577-3155

-and-

Irwin H. Warren
John A. Neuwirth
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Attorneys for Defendant Paribas