UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WORLDNET COMPANIES, INC.,
A Florida Corporation,

       Plaintiff,

v.

                          CASE NO.: 00-6026 CIV-FERGUSON

KLELine, a Limited Company, a corporation
incorporated under the laws of
France; ABDALLAH HITTI, individually;
AYHUB HITTI, individually;
BANQUE PARIBAS S.A., a banking corporation
incorporated under the laws of France;
OCRAM EST., a Liechtenstein corporation; and
MICHAEL BENDE, individually,

       Defendants.
_____/

## ORDER GRANTING DEFENDANT PARIBAS' MOTION TO CONTINUE STATUS CONFERENCE

**THIS CAUSE** having come before the Court upon Defendant Paribas' (formerly known as Banque Paribas S.A.) Motion to Continue Status Conference, the [D.E. 25] Court having reviewed the motion, having been advised of the position of counsel (including opposing counsel), and having been otherwise duly advised, it is hereupon

**ORDERED**, as follows:

    1.    Defendant Paribas' Motion to Continue Status Conference is GRANTED.

    2.    The status conference shall be rescheduled for June 26, 2000 at 3:45 p.m.



NY1:\883386\01\$XM$01!.DOC\21010.0269

CASE NO.: 00-6026 CIV-FERGUSON

3. Counsel for plaintiff and defendants are directed to file and serve a joint status report twelve (12) days before the status conference.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida, on this 14TH day of April, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies provided to:

John C. Rayson, Esq.
Edward Soto, Esq.
J. Portis Hicks, Esq.
Charles I. Cohen, Esq.