UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

CASE NO.: 00-6026-CIV-FERGUSON/SNOW

WORLDNET COMPANIES, INC.,
a Florida Corporation,
    Plaintiff,
vs.

KLELine, a Limited Company,
a corporation incorporated under the laws of
France; ABDALLAH HITTI, individually;
AYHUB HITTI, individually;
BANQUE PARIBAS S.A., a banking corporation
incorporated under the laws of France;
OCRAM EST., a Liechtenstein corporation; and
MICHAEL BENDE, individually,
    Defendants.
_____/

NIGHT BOX FILED
APR 1 4 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## PLAINTIFF'S REPLY TO AFFIRMATIVE DEFENSES
## OF DEFENDANT PARIBAS

COMES NOW, Plaintiff WORLDNET COMPANIES, INC., by and through the undersigned attorneys, and files its reply to the affirmative defenses of the Defendant, PARIBAS, (fka BANQUE PARIBAS, S.A.), and states:

1. Plaintiff denies the first affirmative defense of the Defendant PARIBAS and demands strict proof thereof.

2. Plaintiff denies the second affirmative defense of the Defendant PARIBAS and demands strict proof thereof.

3. Plaintiff denies the third affirmative defense of the Defendant Paribas and demands strict proof thereof.

4. Plaintiff denies the fourth affirmative defense of the Defendant Paribas and demands



strict proof thereof.

5. Plaintiff denies the fifth affirmative defense of Defendant PARIBAS and demands strict proof thereof.

6. Plaintiff denies the sixth affirmative defense of the Defendant PARIBAS and demands strict proof thereof.

7. Plaintiff denies the seventh affirmative defense of the Defendant PARIBAS and demands strict proof thereof.

8. Plaintiff denies the eight affirmative defense of the Defendant PARIBAS and demands strict proof thereof.

9. Plaintiff denies the ninth affirmative defense of the Defendant PARIBAS and demands strict proof thereof.

10. Plaintiff denies the tenth affirmative defense of the Defendant PARIBAS and demands strict proof thereof.

11. Plaintiff denies the eleventh affirmative defense of the Defendant PARIBAS and demands strict proof thereof.

12. Plaintiff denies the twelfth affirmative defense of the Defendant PARIBAS and demands strict proof thereof.

13. Plaintiff denies the thirteenth affirmative defense of the Defendant PARIBAS and demands strict proof thereof.

14. Plaintiff denies the fourteenth affirmative defense of the Defendant PARIBAS and demands strict proof thereof.

15. Plaintiff denies the fifteenth affirmative defense of the Defendant PARIBAS and demands strict proof thereof.

LAW OFFICES OF JOHN C. RAYSON • 2400 E. OAKLAND PARK BLVD. • FT. LAUDERDALE, FL 33306 • PHONE: (954) 566-8855

16. Plaintiff denies the sixteenth affirmative defense of the Defendant PARIBAS and demands strict proof thereof.

17. Plaintiff denies the seventeenth affirmative defense of the Defendant PARIBAS and demands strict proof thereof.

18. Plaintiff denies the eighteenth affirmative defense of the Defendant PARIBAS and demands strict proof thereof.

19. Plaintiff denies the nineteenth affirmative defense of the Defendant PARIBAS, demands strict proof thereof and affirmatively states that the French action was filed subsequent to the instant case.

20. Plaintiff denies the twentieth affirmative of the Defendant PARIBAS and demands strict proof thereof.

21. Plaintiff denies the twenty-first affirmative defense of the Defendant PARIBAS and demands strict proof thereof.

22. Plaintiff denies the twenty-second affirmative defense of the Defendant PARIBAS and demands strict proof thereof.

23. Plaintiff denies the twenty-third affirmative defense of the Defendant PARIBAS and demands strict proof thereof.

24. Plaintiff denies the twenty-fourth affirmative defense of the Defendant PARIBAS and demands strict proof thereof.

25. Plaintiff denies the twenty-fifth affirmative defense of the Defendant PARIBAS and demands strict proof thereof.

26. Plaintiff denies the twenty-sixth affirmative defense of the Defendant PARIBAS and demands strict proof thereof.

I HEREBY CERTIFY that a true copy of the foregoing has been sent this 14th day of April, 2000, by U.S. Mail to the parties listed on the attached service list.

LAW OFFICES OF JOHN C. RAYSON
Attorney for Plaintiff
Second Floor
2400 E. Oakland Park Blvd.
Fort Lauderdale, FL 33306
954-566-8855
954-566-8902(fax)

By: _____
JOHN C. RAYSON
Florida Bar No.: 204153

## SERVICE LIST
Worldnet Companies, Inc., vs. KLELine, et. al.
Case No.: 00-6026-CIV-FERGUSON

Les S. Osborne, Esq.
Furr and Cohen, P.A.
1499 W. Palmetto Park Rd., Suite 412
Boca Raton, FL 33486
561-395-0500
Attorneys for Defendant Michael Bende

Edward Soto, Esq.
Weil Gotshal & Manges, LLP
701 Brickell Ave., Suite 2100
Miami, FL 33131
305-577-3155

and

Irwin H. Warren, Esq.
John Neuwirth, Esq.
Weil, Gotshall & Manges, LLP
767 Fifth Ave.
New York, NY 10153
Attorneys for Defendant Paribas

William McEachern
Winthrop, Stimson, Putnam & Roberts
125 Worth Ave.
Palm Beach FL 33480
561-655-7297

and

One Battery Park Plaza
New York, NY 10004
212-858-1000
Attorneys for Defendant KLELine