UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6026-CIV-FERGUSON/SNOW

WORLDNET COMPANIES, INC.,
a Florida corporation,
    Plaintiff,

vs.

KLELINE, a Limited Company,
a corporation incorporated under the laws
of France, ABDALLAH HITTI, individually,
AYHUB HITTI, individually,
BANQUE PARIBAS S.A., a banking
corporation incorporated under the laws of France,
OCRAM EST., a Liechtenstein corporation, and
MICHAEL BENDE, individually,
    Defendants.
_____/



## MOTION FOR JUDGMENT UPON DEFAULT AND AFFIDAVIT IN SUPPORT THEREOF

COMES NOW the Plaintiff, WORLDNET COMPANIES, INC., by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 55(b) and S.D. Fla. L.R. 7.1 A. 1. (e), and moves for entry of a Judgment Upon Default by the Clerk of the Court against Defendant OCRAM EST. and as grounds therefore states as follows:

1. On March 31, 2000, the Clerk of the Court entered a Clerk's Default against Defendant OCRAM EST. for failing to appear, answer or otherwise defend this action.

2. The Plaintiff's claim against Defendant OCRAM EST. is for a sum certain. Specifically, Defendant OCRAM EST. owes the Plaintiff $3,157,885.49 as confirmed by the

1



Plaintiff's affidavit. attached hereto and incorporated herein as exhibit "A".

WHEREFORE Plaintiff requests that the Clerk of the Court enter Judgment Upon Default against Defendant OCRAM EST. in favor of Plaintiff in the amount of $3.157.885.49.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail on April 27th 2000 upon the parties according to the attached service list.

LAW OFFICES OF JOHN C. RAYSON<br>
2400 East Oakland Park Blvd.<br>
Fort Lauderdale. FL 33306<br>
(954) 566-8855<br>
(954) 566-8902 (Telefax)<br>
<br>
By: _____<br>
JOHN C. RAYSON, ESQ.<br>
Florida Bar No. 204153

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6026-CIV-FERGUSON/SNOW

WORLDNET COMPANIES, INC.,
a Florida corporation,
    Plaintiff,

vs.

KLELINE, a Limited Company,
a corporation incorporated under the laws
of France, ABDALLAH HITTI, individually,
AYHUB HITTI, individually,
BANQUE PARIBAS S.A., a banking
corporation incorporated under the laws of France,
OCRAM EST., a Liechtenstein corporation, and
MICHAEL BENDE, individually,
    Defendants.
_____/

## AFFIDAVIT OF PAULA GAMBRILL

STATE OF FLORIDA
COUNTY OF BROWARD

    The Affiant, PAULA GAMBRILL, after first being duly sworn upon her oath, deposes and states as follows:

    1. That my name is PAULA GAMBRILL.

    2. That I am the President of WORLDNET COMPANIES, INC. of Fort Lauderdale, Florida, the plaintiff in the above-styled case.

    3. That Defendant OCRAM EST. owes Plaintiff WORLDNET COMPANIES, INC. $3,157,885.49 from the dates of May 31, 1999 to November 22, 1999.

Further Affiant sayeth naught.

*Paula Gambrill*
PAULA GAMBRILL
PRESIDENT, WORLDNET COMPANIES, INC.

SWORN TO and subscribed before me this 27th day of April, 2000 by Paula Gambrill who is personally known to me to be the person described above or who produced _____ as identification and who did take an oath.

WITNESS my hand and official seal in the county and state last aforesaid this 27th day of April, 2000.

*Thomas P Moss*
Notary Public, State of Florida


Thomas P Moss
My Commission CC892600
Expires December 05, 2003

Exhibit "A"

4

## SERVICE LIST
Worldnet Companies, Inc., vs. KLELine, et. al.
Case No.: 00-6026-CIV-FERGUSON

Les S. Osborne, Esq.
Furr and Cohen, P.A.
1499 W. Palmetto Park Rd., Suite 412
Boca Raton, FL 33486
561-395-0500
Attorneys for Defendant Michael Bende

Edward Soto, Esq.
Weil Gotshal & Manges, LLP
701 Brickell Ave., Suite 2100
Miami, FL 33131
305-577-3155

and

Irwin H. Warren, Esq.
John Neuwirth, Esq.
Weil, Gotshall & Manges, LLP
767 Fifth Ave.
New York, NY 10153
Attorneys for Defendant Paribas

William McEachern
Winthrop, Stimson, Putnam & Roberts
125 Worth Ave.
Palm Beach FL 33480
561-655-7297

and

One Battery Park Plaza
New York, NY 10004
212-858-1000
Attorneys for Defendant KLELine