UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**COPIES NOT PROVIDED**

CASE NO.: 00-6026-CIV-FERGUSON/SNOW

WORLDNET COMPANIES, INC.,
a Florida Corporation,
    Plaintiff,

vs.

KLELine, a Limited Company,
a corporation incorporated under the laws of
France; ABDALLAH HITTI, individually;
AYHUB HITTI, individually;
BANQUE PARIBAS S.A., a banking corporation
incorporated under the laws of France;
OCRAM EST., a Liechtenstein corporation; and
MICHAEL BENDE, individually,
    Defendants.
_____/



### NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of:

**NAME:**               **ABDALLAH HITTI**

**DATE AND TIME:**    9:00 a.m., Friday, 9 June, 2000

**PLACE OF TAKING:**   **Law Offices of John C. Rayson**
                            **Second Floor**
                            **2400 E. Oakland Park Blvd.**
                            **Fort Lauderdale, FL 33306**

upon oral examination for purposes of discovery or discovery or use as evidence in this action, or for such other purposes as authorized under applicable Federal Rules and Local Rules before Court Reporting Service, Notary Public, or any other Notary Public or officer authorized by law to take depositions in the State of Florida, and a person who is neither a relative, nor employee, nor attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action. Said deposition will be take pursuant to Federal Rules 26, 30 and 45, Fed. R.Civ.P., and Local Rule 26.1, S.D. Fla., L.R. Said oral examination will continue from hour to hour and from day to day until completed.

      I HEREBY CERTIFY that a true and correct copy was furnished for service of process this 5th day of May, 2000, to the above named person, who is a party, and by U.S. Mail to the attached service list.

Respectfully submitted.

LAW OFFICES OF JOHN C. RAYSON
Second Floor
2400 E. Oakland Park Blvd.
Fort Lauderdale, FL 33306
954-566-8855
954-566-8902 (fax)

By: _____
John C. Rayson
Florida Bar No.: 204153
Attorney for Plaintiff

**SERVICE LIST**
Worldnet Companies, Inc., vs. KLELine, et. al.
Case No.: 00-6026-CIV-FERGUSON

Les S. Osborne, Esq.
Furr and Cohen, P.A.
1499 W. Palmetto Park Rd., Suite 412
Boca Raton, FL 33486
561-395-0500
Attorneys for Defendant Michael Bende

Edward Soto, Esq.
Weil Gotshal & Manges, LLP
701 Brickell Ave., Suite 2100
Miami, FL 33131
305-577-3155

and

Irwin H. Warren, Esq.
John Neuwirth, Esq.
Weil, Gotshall & Manges, LLP
767 Fifth Ave.
New York, NY 10153
Attorneys for Defendant Paribas

William McEachern
Winthrop, Stimson, Putnam & Roberts
125 Worth Ave.
Palm Beach FL 33480
561-655-7297

and
Winthrop, Stimson, Putnam & Roberts
One Battery Park Plaza
New York, NY 10004
212-858-1000
Attorneys for Defendant KLELine

Lawrence K. Fagan
LaValle, Brown, Ronan & Soff, P.A.
750 S. Dixie Hwy.
Boca Raton, FL 33432
561-394-9280
Attorneys for Ocram, Est.