UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6026-CIV-FERGUSON/SNOW

WORLDNET COMPANIES, INC.,
a Florida corporation,
    Plaintiff,

vs.

KLELINE, a Limited Company,
a corporation incorporated under the laws
of France, ABDALLAH HITTI, individually,
AYHUB HITTI, individually,
BANQUE PARIBAS S.A., a banking
corporation incorporated under the laws of France,
OCRAM EST., a Liechtenstein corporation, and
MICHAEL BENDE, individually,
    Defendants.
_____/

**NIGHT BOX FILED**

**JUN 1 4 2000**

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## PLAINTIFF'S **AMENDED AGREED MOTION** TO EXTEND TIME TO FILE JOINT STATUS REPORT

COMES NOW the Plaintiff, by and through undersigned counsel, and respectfully moves this Court for the entry of an Order extending the time in which to file the joint status report and in support thereof states as follows:

1. The status conference in this case is set for Monday, June 26, 2000 at 3:45 P.M.

2. Plaintiff's counsel prepared and circulated a proposed joint status report. Defendants' counsel promptly made various objections to the content of said report. As of this date, all parties are not in agreement as to the content of the report.

3. All parties do agree that a one-week extension of time will allow the parties time to



1

reach an agreement as to the content of the joint status report.

4. This motion is made in good faith and not for the purposes of delay. An extension of time will not prejudice any party. If the instant motion is granted, the joint status report will be filed on or before June 21, 2000.

WHEREFORE, Plaintiff respectfully requests that its motion be granted and the Court enter its Order extending the time in which to file the joint status report until June 21, 2000.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via facsimile and U.S. mail on June ~~14th~~ 15th, 2000 according to the attached service list.

> LAW OFFICES OF JOHN C. RAYSON
> 2400 East Oakland Park Blvd.
> Fort Lauderdale, FL 33306
> (954) 566-8855
> (954) 566-8902 (fax)
>
> By: _John P. Ullman (for)_
> JOHN C. RAYSON, ESQ.
> Florida Bar No. 204153

2

Service List RE Case No. 00-6026
Worldnet vs KLELine

Les. S. Osborne, Esquire
Furr & Cohen, P.A.
1499 West palmetto Park Road
Suite 412
Boca Raton, Florida 33486

Edward Soto, Esquire
Weil, Gotshal & Manges, LLP
701 Brickell Avenue
Suite 2100
Miami, Florida 33131

Irwin H. Warren, Esquire
John Neuwirth, Esquire
Weil, Gotschal & Manges, LLP
767 Fifth Avenue
New York, New York 10153

William McEachern
Winthrop, Stimson, Putnam & Roberts
125 Worth Avenue
Palm Beach, Florida 33480

Mark R. Hellerer, Esquire
Winthrop, Stimson, Putnam & Roberts
One Battery Park Plaza
New York, New York 10004

Lawrence K. Fagan
LAVALLE, BROWN, RONAN & SOFF, P.A.
Attorneys for OCRAM
750 South Dixie Highway
Boca Raton, Florida 33432