UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6026-CIV-FERGUSON

WORLDNET COMPANIES, INC.,
A Florida Corporation,

    Plaintiff,

-against-

KLELine, a Limited Company, a corporation
incorporated under the laws of France;
ABDALLAH HITTI, individually; AYHUB
HITTI, individually; BANQUE PARIBAS S.A., a
banking corporation incorporated under the laws
of France; OCRAM EST., a Liechtenstein
corporation; and MICHAEL BENDE,
individually.

    Defendants.

FILED by _____ D.C.

**JUN 26 2000**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

$75 - 519475

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Mark R. Hellerer, a member of the law firm of Winthrop, Stimson, Putnam & Roberts, One Battery Park Plaza, New York, New York, 10004-1490, (212) 858-1000, for purposes of appearing as co-counsel on behalf of KLELine herein, in the above-styled case only.



63242242.01

Mark R. Hellerer certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the United States District Court for the Southern District of New York and the Courts of the State of New York. Attached hereto is a certificate of good standing from the Clerk of the United States District Court for the Southern District of New York.

In further support of this motion, it is hereby designated that John C. Dotterrer is a member of the bar of this Court and maintains an office in this District for the practice of law. He is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm Winthrop, Stimson, Putnam & Roberts, 125 Worth Avenue, Palm Beach, Florida 33480, (561) 655-7297, acts as local counsel in this matter on behalf of KLELine.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: 22 June 2000

John C. Dotterrer
Winthrop, Stimson, Putnam & Roberts
125 Worth Avenue
Palm Beach, Florida 33480
Tel.: (561) 655-7297
Fax: (561) 833-6726
Florida Bar No. 267260

Executed under penalty of perjury on the 20th day of June 2000 at NY, NY.

Respectfully submitted,

By: Mark R. Hellerer

Mark R. Hellerer
Winthrop, Stimson, Putnam & Roberts
One Battery Park Plaza
New York, New York 10004
Tel.: (212) 858-1634
Fax. (212) 858-1500

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, **James M. Parkison**, *Clerk of this Court, certify that*

**MARK HELLERER**, *Bar #* **MH**

*was duly admitted to practice in this Court on*

**JANUARY 2nd, 1979**, *and is in good standing*

*as a member of the Bar of this Court.*

*Dated at* **500 Pearl Street
New York, New York**   *on*   **JUNE 9th, 2000**

*James M. Parkison*   by: *[signature]*
**Clerk**                        **Deputy Clerk**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by _mail_ this 22 day of June, 2000, to John C. Rayson, attorney for WorldNet Companies, Inc., 2400 E. Oakland Park Blvd., Fort Lauderdale, FL. 33306.

John C. Dotterrer
Winthrop, Stimson, Putnam
  & Roberts
125 Worth Avenue
Palm Beach, FL 33480
561- 655-7297
561-833-6726
Florida Bar No.: 267260

63242242.01