UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILKIE D. FERGUSON, JR.

CIVIL MINUTES

JUN 26 2000

1. Case No. 00-6026    Date: 6/26/00
2. Style: Worldnet v. Kleline
3. Plaintiff's Counsel: John Rayson
4. Defendant's Counsel: Edward Soto; Less Osborne
5. Type of Proceeding: Status Conference
6. Result of hearing:    Motion Granted ☐    Motion Denied ☐
7. Case Continued to: _____    Trial Set for 1/17/2001
8. Does the case require mediation? _____

Notes: Scheduling and mediation orders will follow.

Law Clerk:         Amparo Nisi
Courtroom Deputy:  Troy Walker
Courtroom Reporter: Paul Hafferling

42