**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



WORLDNET COMPANIES, INC., a Florida corporation,

Case No. 00-6026-CIV-FERGUSON

　　　　Plaintiff,

vs.

KLELINE, a Limited Company, a corporation incorporated under the laws of France; ABDALLAH HITTI, individually; BANQUE PARIBAS, S.A., a banking corporation incorporated under the laws of France; OCRAM EST., a Liechtenstein corporation; and MICHAEL BENDE, individually,

　　　　Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant Bende's Motion to Dismiss [D.E. 16].

Having duly considered the motion, response and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that the motion [D.E. 16] is **GRANTED.**

Specific allegation on face of complaint and there being no amended complaint filed defeats

diversity jurisdiction.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 30TH day of June, 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
John C. Rayson, Esq.
Les S. Osborne, Esq.
William D. McEachern, Esq.
Gina Ann Dombosch, Esq.
Lawrence K. Fagan, Esq.