cv-06026-WDF    Document 47    Entered on FLSD Docket 08/29/2000    F

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6026 CIV-FERGUSON

WORLDNET COMPANIES, INC.
A Florida Corporation,

    Plaintiff,

vs.

KLELine, a Limited Company, a corporation
incorporated under the laws of France;
ABDALLAH HITTI, individually;
AYHUB HITTI, individually;
BANQUE PARIBAS S.A., a banking corporation
incorporated under the laws of France;
OCRAM EST., a Liechtenstein corporation; and
MICHAEL BENDE, individually,

    Defendants.
_____/

NIGHT BOX
FILED
AUG 28 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### DEFENDANT PARIBAS' MEMORANDUM IN OPPOSITION
### TO PLAINTIFF'S MOTION TO VACATE ORDER OF DISMISSAL
### AND CLOSURE AND FOR RECONSIDERATION OF CASE

Defendant Paribas (formerly known as Banque Paribas) hereby files its Memorandum in Opposition to Plaintiff WorldNet Companies, Inc.'s Motion to Vacate Order of Dismissal and Closure and Reconsideration of Case. Paribas respectfully adopts, and incorporates by reference, the arguments set forth in Defendant KLELine's Memorandum in Opposition to Plaintiff's Motion to Vacate Order and for Reconsideration, which also is being filed today, August 28, 2000.

WHEREFORE, Paribas respectfully requests that the Plaintiff WorldNet Companies, Inc.'s Motion to Vacate Order of Dismissal and Closure and Reconsideration of Case



MJ1 92370-02 1Z9*402! DOC\21010.0269

be denied and that this Court grant such other and further relief as the Court finds just, fair and equitable.

Respectfully submitted,

**WEIL, GOTSHAL & MANGES LLP**
Attorneys for Defendants, Paribas
701 Brickell Avenue, Suite 2100
Miami, Florida 33131
Phone: (305) 577-3100
Fax: (305) 374-7159

By: _____
Edward Soto (FBN 265144)
edward.soto@weil.com
Eric N. Assouline (FBN 106143)
eric.assouline@weil.com

and

Irvin H. Warren, Esq.
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Phone: (212) 310-8000
Fax: (212) 310-8007

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. mail this **28th** day of August, 2000 to

John C. Rayson, Esq.
LAW OFFICE OF JOHN C. RAYSON
2400 East Oakland Park Blvd
Fort Lauderdale, Florida 33306

William McEachern, Esq.
Attorney for Defendant KLELine
WINTHROP, STIMSON, PUTNAM
& ROBERTS
125 Worth Avenue
Palm Beach, Florida 33480

Mark R. Hellerer, Esq.
Attorney for Defendant KLELine
WINTHROP, STIMSON, PUTNAM
& ROBERTS
One Battery Park Plaza
New York, New York 10004-1490

Lawrence K. Fagan, Esq.
LAVALLE, BROWN, RONAN & SOFF, P.A.
Attorney for OCRAM
750 South Dixie Highway
Boca Raton, Florida 33432

Leslie S. Osborne, Esq.
FURR AND COHEN, P.A.
Attorney for Defendant Michael Bende
1499 West Palmetto Park Road, Suite 412
Boca Raton, Florida 33486

Eric N. Assouline