

SEP 1 1 2000

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

WORLDNET COMPANIES, INC., a Florida corporation,

    Plaintiff,

vs.

KLELINE, a limited company corporation incorporated under the laws of France; ABDALLAH HITTI, individually; BANQUE PARIBAS, S.A., a banking corporation incorporated under the laws of France; OCRAM EST., a Liechtenstein corporation; and MICHAEL BENDE, individually,

    Defendants.

_____/

Case No. 00-6026-CIV-FERGUSON

### ORDER VACATING SCHEDULING ORDER AND MEDIATION ORDER

On August 1, 2000, this Court signed an order of referral to mediation [D.E.44] and a scheduling order [D.E.45]. On closer review of the file, the Court determines that the orders were inadvertently entered.

**ORDERED AND ADJUDGED** that orders [D.E.44] and [D.E.45] are **VACATED**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 11th day of Sept., 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
John C. Rayson, Esq.
Leslie S. Osborne, Esq.
William D. McEachern, Esq.
Edward Soto, Esq.
Lawrence K. Fagan, Esq.