UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

WORLDNET COMPANIES, INC.,
A Florida Corporation,

    Plaintiff,

v.

CASE NO.: 00-6026 CIV-FERGUSON

KLELine, a Limited Company, a corporation
incorporated under the laws of
France; ABDALLAH HITTI, individually;
AYHUB HITTI, individually;
BANQUE PARIBAS S.A., a banking corporation
incorporated under the laws of France;
OCRAM EST., a Liechtenstein corporation; and
MICHAEL BENDE, individually,

    Defendants.
_____/

## NOTICE OF FILING

Defendant BANQUE PARIBAS, S.A. hereby give notice of filing the original Corrected

Affidavit of Gina A. Dombosch in Support of Paribas' Motion for Extension of Time *Nunc Pro*

*Tunc*.

## CERTIFICATE OF SERVICE

We HEREBY CERTIFY that a true and correct copy of the foregoing has been
furnished via U.S. mail this 18th day of September, 2000, upon all parties on the attached service
list.

          **WEIL, GOTSHAL & MANGES**
          Attorneys for Plaintiff
          701 Brickell Avenue, Suite 2100
          Miami, FL 33131
          Tel: (305) 577-3100
          Fax: (305) 374-7159
          By: _/s/ Gina G._

          Edward Soto (FBN 265144)
          edward.soto@weil.com
          Gina A. Dombosch (FBN 0087343)
          gina.dombosch@weil.com

## SERVICE LIST

Mark R. Hellerer, Esq.
Attorney for Defendant KLELine
WINTHROP, STIMSON, PUTNAM
& ROBERTS
One Battery Park Plaza
New York, New York 10004-1490

William McEachern, Esq.
Attorney for Defendant KLELine
WINTHROP, STIMSON, PUTNAM
& ROBERTS
125 Worth Avenue
Palm Beach, Florida 33480

Leslie S. Osborne, Esq.
FURR AND COHEN, P.A.
Attorney for Defendant Michael Bende
1499 West Palmetto Park Road, Suite 412
Boca Raton, Florida 33486

Lawrence K. Fagan, Esq.
LAVALLE, BROWN, RONAN & SOFF, P.A.
Attorney for OCRAM
750 South Dixie Highway
Boca Raton, Florida 33432

John C. Rayson, Esq.
LAW OFFICE OF JOHN C. RAYSON
2400 East Oakland Park Blvd
Fort Lauderdale, Florida 33306