UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

WORLDNET COMPANIES, INC.,
A Florida Corporation,

        Plaintiff,

v.

                CASE NO.: 00-6026 CIV-FERGUSON

KLELine, a Limited Company, a corporation
incorporated under the laws of
France; ABDALLAH HITTI, individually;
AYHUB HITTI, individually;
BANQUE PARIBAS S.A., a banking corporation
incorporated under the laws of France;
OCRAM EST., a Liechtenstein corporation; and
MICHAEL BENDE, individually,

        Defendants.
_____/

## CORRECTED AFFIDAVIT OF GINA A. DOMBOSCH

STATE OF FLORIDA    }
                         }SS:
MIAMI-DADE COUNTY  }

        BEFORE ME, the undersigned authority, personally appeared GINA A. DOMBOSCH, who, after being duly sworn, deposes and says:

        1.     I am an associate attorney at Weil, Gotshal & Manges LLP, counsel for Paribas (formerly known as Banque Paribas). I submit this affidavit in support of Paribas' Motion for Extension of Time *Nunc Pro Tunc.*

        2.     While my name appears on the Plaintiff's Certificate of Service for its Motion to Vacate or for Reconsideration, I have never received a copy of Plaintiff's Motion. I have also determined that a copy was not received by anyone else in our office

while three attorneys are listed on the Certificate of Service, one of whom (Valerie Greenberg Itkoff) has not been employed with the firm for four months.

3.  Our office first learned of the filing of this Motion during a conversation with Kleline's counsel on or about August 14, 2000 and thereafter obtained a copy of Plaintiff's Motion through the PACER system.

FURTHER AFFIANT SAYETH NAUGHT.

GINA A. DOMBOSCH

STATE OF FLORIDA    }
                    }SS:
MIAMI-DADE COUNTY   }

SWORN TO AND SUBSCRIBED before me this $\underline{15}^{th}$ day of September, 2000 by GINA A. DOMBOSCH, personally known to me to be the person described in and who executed the foregoing instrument, and she acknowledges before me that she executed the same freely and voluntarily for the purposes therein expressed, and he/she did take an oath.

NOTARY PUBLIC
My Commission Expires:

ODALYS SOTO
MY COMMISSION # CC 944526
EXPIRES: December 10, 2002
Bonded Thru Notary Public Underwriters