FILED by ad D.C.

NOV 30 2000

## ORDER

THIS CAUSE having come on before the Court upon the foregoing Stipulation for Substitution of Counsel, and the Court being fully advised in the premises, it is hereupon

ORDERED AND ADJUDGED that the Law Office of Eric Waraftig is hereby substituted as counsel of record for Plaintiffs, in lieu and in place of the Law Office of John C. Rayson, which is hereby relieved of any further responsibility in this cause.

DONE AND ORDERED at Broward County, Florida, this 30th day of November, 2000..

U.S. DISTRICT JUDGE

Copies to:
Eric Waraftig, Esquire
John C. Rayson, Esquire

**COPY FOR JUDGE**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WORLDNET COMPANIES, INC.,
a Florida corporation,

    Plaintiff,

CASE NO.: 00-6026-CIV-FERGUSON

vs.

KLELINE, a limited company, a corporation
incorporated under the laws of France;
ABDALLAH HITTI, individually;
BANQUE PARIBAS, S.A., a banking
corporation incorporated under the laws
of France; OCRAM EST., a Liechtenstein
corporation; and MICHAEL BENDE, individually,

    Defendants.

_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL AND ORDER DISCHARGING COUNSEL

IT IS HEREBY STIPULATED that:

The Law Office of Eric Waraftig shall be substituted as counsel for Plaintiff in the above-styled action and the Law Offices of John C. Rayson, shall be relieved of any further responsibility herein.

| | |
|---|---|
| LAW OFFICES OF JOHN C. RAYSON<br>2400 E. Oakland Park Blvd.<br>Fort Lauderdale FL 33306<br>(954) 566-8855 | LAW OFFICE OF ERIC WARAFTIG<br>1299 E. Commercial Blvd.<br>Fort Lauderdale FL 33334<br>(954) 776-4891 |
| By: _____<br>JOHN C. RAYSON, ESQUIRE<br>Florida Bar No.: 204153 | By: _____<br>ERIC WARAFTIG, ESQUIRE<br>Florida Bar No.: 74586 |