UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY ___

2001 JAN -8 PM 12: 59

CLERK U.S. DIST. CT.
S.D. OF FLA -FTL

WORLDNET COMPANIES, INC.
A Florida Corporation,

    Plaintiff,

-against-

KLELine, a Limited Company, a corporation
incorporated under the laws of France;
ABDALLAH HITTI, individually;
AYHUB HITTI, individually;
BANQUE PARIBAS S.A., a banking corporation
incorporated under the laws of France; and
OCRAM EST., a Liechtenstein corporation.

    Defendants.

Case No.:
00-6026 CIV-FERGUSON

### NOTICE OF CHANGE OF LAW FIRM

PLEASE TAKE NOTICE that as a result of the merger between Winthrop, Stimson, Putnam & Roberts and Pillsbury, Madison, & Sutro, LLP, William D. McEachern, counsel for defendant KLELine, hereby requests that all papers in the underlying action be served upon him at Pillsbury Winthrop LLP, 125 Worth Avenue, Suite 310, Palm Beach, FL 33480, and that the official court docket be amended to reflect this change of name.

63281062.01

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail this _4²_ day of January, 2001, to the persons listed on the attached Service List.

Respectfully submitted,

PILLSBURY WINTHROP LLP
125 Worth Avenue, Suite 310
Palm Beach, FL 33480
Tel: (561) 655-7297
Fax: (561) 833-6726

By: *[signature]*
William D. McEachern
Florida Bar No. 327107
Attorneys for Defendant KLELine

**SERVICE LIST**

*Worldnet Companies, Inc. v. Kleline, et al.*
Case No. 00-6026-CIV-FERGUSON

Eric A. Waraftig, Esq.
Eric A. Waraftig, P.A.
11077 Biscayne Boulevard, Penthouse
Miami, Florida
*Attorney for Plaintiff*

Leslie Scott Osborne, Esq.
Furr and Cohen, P.A.
1499 W. Palmetto Park Road, Suite 412
Boca Raton, FL 33486
(561) 395-0500
*Attorneys for Defendant Michael Bende*

Gina Ann Dombosch, Esq.
Valerie Greenberg Itkoff, Esq.
Edward Soto, Esq.
Weil, Gotshal & Manges, LLP
701 Brickell Avenue, Suite 2100
Miami, FL 33131
(305) 577-3155

-- and --

Irwin H. Warren, Esq.
John Neuwirth, Esq.
Weil, Gotschal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
*Attorneys for Defendant Banque Paribas S.A.*

Lawrence K. Fagan, Esq.
LaValle, Brown, Ronan & Soff, P.A.
750 S. Dixie Highway
Boca Raton, FL 33432
*Attorneys for Defendant Ocram Est.*