## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

WORLD NEW COMPANIES, INC., a Florida corporation,

Case No. 00-6026-CIV-FERGUSON

    Plaintiff,

vs.

KLELINE, a limited company corporation incorporated under the laws of France; ABDALLAH HITTI, individually; BANQUE PARIBAS, S.A., a banking corporation incorporated under the laws of France; OCRAM EST., a Liechtenstein corporation; and MICHAEL BENDE, individually,

    Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on plaintiff's Motion to Vacate Order of Dismissal and Closure and for Reconsideration of Case [D.E.46]. Having considered the motion, response and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that the motion [D.E.46] is **DENIED**.



Page 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this _8th_ day of March, 2001.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
John C. Rayson, Esq.
Les S. Osborne, Esq.
William D. McEachern, Esq.
Mark R. Hellerer, Esq.
Lawrence K. Fagan, Esq.
Irwin H. Warren, Esq.
Edward Soto, Esq.